IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dudley, Ricky L | Case Number: 06 B 11548 |
|---|---|---|
| | Chatmon-Dudley, Darlene | Judge: Wedoff, Eugene R |
| | Printed: 5/20/08 | Filed: 9/14/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 3, 2008
Confirmed: November 9, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 33,808.87 | |
| Secured: | | 30,593.66 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,445.51 |
| Trustee Fee: | | 1,769.70 |
| Other Funds: | | 0.00 |
| Totals: | 33,808.87 | 33,808.87 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 1,445.51 |
| 2. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 3. | HSBC Mortgage Services | Secured | 22,753.46 | 18,234.43 |
| 4. | Specialized Loan Servicing LLC | Secured | 5,022.00 | 5,022.00 |
| 5. | Wells Fargo Financial | Secured | 2,120.28 | 644.04 |
| 6. | Triad Financial Services | Secured | 21,127.47 | 5,454.18 |
| 7. | Monterey Financial Services | Secured | 1,669.13 | 545.42 |
| 8. | American General Finance | Secured | 2,369.08 | 693.59 |
| 9. | HSBC Mortgage Services | Secured | 8,898.19 | 0.00 |
| 10. | Specialized Loan Servicing LLC | Secured | 1,000.00 | 0.00 |
| 11. | Illinois Dept of Revenue | Priority | 937.31 | 0.00 |
| 12. | Internal Revenue Service | Priority | 7,161.97 | 0.00 |
| 13. | Nuvell Credit Company LLC | Unsecured | 10,679.43 | 0.00 |
| 14. | Asset Acceptance | Unsecured | 188.71 | 0.00 |
| 15. | Capital One | Unsecured | 584.37 | 0.00 |
| 16. | Capital One | Unsecured | 3,754.56 | 0.00 |
| 17. | Monterey Financial Services | Unsecured | 47.66 | 0.00 |
| 18. | Brother Loan & Finance | Unsecured | 2,165.30 | 0.00 |
| 19. | Triad Financial Services | Unsecured | 3,503.26 | 0.00 |
| 20. | Municipal Collection Services | Unsecured | 250.00 | 0.00 |
| 21. | Capital One | Unsecured | 3,430.96 | 0.00 |
| 22. | T Mobile USA | Unsecured | 170.75 | 0.00 |
| 23. | Midnight Velvet | Unsecured | 358.62 | 0.00 |
| 24. | B-Line LLC | Unsecured | 338.55 | 0.00 |
| 25. | Monterey Financial Services | Unsecured | 1,310.64 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dudley, Ricky L | Case Number: 06 B 11548 |
| --- | --- | --- |
| | Chatmon-Dudley, Darlene | Judge: Wedoff, Eugene R |
| | Printed: 5/20/08 | Filed: 9/14/06 |

| # | Creditor | Type | Amount | Paid |
| --- | --- | --- | ---: | ---: |
| 26. | Swiss Colony | Unsecured | 101.44 | 0.00 |
| 27. | B-Line LLC | Unsecured | 789.05 | 0.00 |
| 28. | City Of Chicago Dept Of Revenue | Unsecured | 2,015.00 | 0.00 |
| 29. | Verizon Wireless | Unsecured | 1,371.18 | 0.00 |
| 30. | AAA Checkmate LLC | Unsecured | 519.07 | 0.00 |
| 31. | Cook County Treasurer | Unsecured | | No Claim Filed |
| 32. | Zalutsky & Pinski Ltd | Unsecured | | No Claim Filed |
| 33. | America's Financial Choice Inc | Unsecured | | No Claim Filed |
| 34. | Car Town | Unsecured | | No Claim Filed |
| 35. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 36. | Illinois State Tollway | Unsecured | | No Claim Filed |
| 37. | Chase | Unsecured | | No Claim Filed |
| 38. | Kroger Check Recovery Center | Unsecured | | No Claim Filed |
| 39. | Rush University | Unsecured | | No Claim Filed |
| 40. | Rush University | Unsecured | | No Claim Filed |
| 41. | Nicor Gas | Unsecured | | No Claim Filed |
| 42. | Rush University | Unsecured | | No Claim Filed |
| 43. | Shaw Brothers | Unsecured | | No Claim Filed |
| 44. | Money Market | Unsecured | | No Claim Filed |
| 45. | Value Auto Mart Inc | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 107,337.44 | $ 32,039.17 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
| --- | ---: |
| 4.8% | 583.92 |
| 5.4% | 1,085.29 |
| 6.5% | 100.49 |
| | _____ |
| | $ 1,769.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: